| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1211269 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

Period Starting: 10/13/2019
Period Ending: 10/19/2019
Pay Date: 10/25/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:    2        Federal:
  State:      0        State:
  Local:      0        Local:
Social Security Number:   XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 17280.00 |
| Overtime | 40.5000 | 16.50 | 668.25 | 2855.25 |
| Bonus |  | 0.00 | 111.00 | 933.00 |
| **Gross Pay** |  |  | **$1,859.25** | **$21,068.25** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 56.50 | 710.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -155.70 | 1471.07 |
| Social Security | -108.38 | 1230.43 |
| Medicare | -25.35 | 287.76 |
| Pennsylvania State Income | -53.67 | 609.24 |
| Pennsylvania State UI | -1.11 | 12.64 |
| W Whiteland T Local Income | -17.48 | 198.46 |
| West Whiteland Twp Local | -1.00 | 15.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 1222.65 |

| Net Pay | $1,385.41 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1385.41 |

Your federal taxable wages this period are $1,748.10
* Excluded from Federal taxable wages

---

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 10/25/2019

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1385.41 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1195453 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

# Earnings Statement

ADP

Period Starting: 10/06/2019
Period Ending: 10/12/2019
Pay Date: 10/18/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:          Tax Override:
 Federal: 2                      Federal:
 State: 0                        State:
 Local: 0                        Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 16200.00 |
| Overtime | 40.5000 | 7.00 | 283.50 | 2187.00 |
| Bonus | | 0.00 | 111.00 | 822.00 |
| **Gross Pay** | | | **$1,474.50** | **$19,209.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -109.53 | 1315.37 |
| Social Security | -84.53 | 1122.05 |
| Medicare | -19.76 | 262.41 |
| Pennsylvania State Income | -41.85 | 555.57 |
| Pennsylvania State UI | -0.89 | 11.53 |
| W Whiteland T Local Income | -13.63 | 180.98 |
| West Whiteland Twp Local | -1.00 | 14.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 1111.50 |

| Net Pay | $1,092.16 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 47.00 | 654.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1092.16 |

Your federal taxable wages this period are $1,363.35
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 10/18/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 1092.16 |

THIS IS NOT A CHECK

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1174791 | 1 of 1 |

**Earnings Statement**

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 09/29/2019
Period Ending: 10/05/2019
Pay Date: 10/11/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 2     Federal:
  State: 0       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 15120.00 |
| Overtime | 40.5000 | 1.00 | 40.50 | 1903.50 |
| Bonus | | 0.00 | 111.00 | 711.00 |
| Gross Pay | | | $1,231.50 | $17,734.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -80.37 | 1205.84 |
| Social Security | -69.46 | 1037.52 |
| Medicare | -16.25 | 242.65 |
| Pennsylvania State Income | -34.39 | 513.72 |
| Pennsylvania State UI | -0.73 | 10.64 |
| W Whiteland T Local Income | -11.20 | 167.35 |
| West Whiteland Twp Local | -1.00 | 13.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 1000.35 |

| Net Pay | $906.95 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.00 | 607.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 906.95 |

Your federal taxable wages this period are $1,120.35
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 10/11/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 906.95 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1162461 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

![ADP]

Period Starting: 09/22/2019
Period Ending: 09/28/2019
Pay Date: 10/04/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
    Federal: 2                   Federal:
    State: 0                     State:
    Local: 0                     Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 14040.00 |
| Overtime | 40.5000 | 4.00 | 162.00 | 1863.00 |
| Bonus | | 0.00 | 600.00 | 600.00 |
| **Gross Pay** | | | **$1,842.00** | **$16,503.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -153.63 | 1125.47 |
| Social Security | -107.32 | 968.06 |
| Medicare | -25.10 | 226.40 |
| Pennsylvania State Income | -53.14 | 479.33 |
| Pennsylvania State UI | -1.11 | 9.91 |
| W Whiteland T Local income | -17.31 | 156.15 |
| West Whiteland Twp Local | -1.00 | 12.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 889.20 |

**Net Pay**    **$1,372.24**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.00 | 566.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1372.24 |

Your federal taxable wages this period are $1,730.85
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date:    10/04/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 1372.24 |

THIS IS NOT A CHECK

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1141989 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

ADP

Period Starting:  09/15/2019
Period Ending:   09/21/2019
Pay Date:        09/27/2019

Business Phone:  610-529-7372

Taxable Marital Status:    Married
Exemptions/Allowances:     Tax Override:
  Federal:   2                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number:    XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 12960.00 |
| Overtime | | | 0.00 | 1701.00 |
| Gross Pay | | | $1,080.00 | $14,661.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -62.19 | 971.84 |
| Social Security | -60.07 | 860.74 |
| Medicare | -14.05 | 201.30 |
| Pennsylvania State Income | -29.74 | 426.19 |
| Pennsylvania State UI | -0.65 | 8.80 |
| W Whiteland T Local Income | -9.69 | 138.84 |
| West Whiteland Twp Local | -1.00 | 11.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 778.05 |

| Net Pay | | $791.46 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 522.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 791.46 |

Your federal taxable wages this period are $968.85
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date:   09/27/2019

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 791.46 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1124475 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

Period Starting: 09/08/2019
Period Ending: 09/14/2019
Pay Date: 09/20/2019

Business Phone: 610-529-7372

ADP®

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
 Federal:  2                   Federal:
 State:    0                   State:
 Local:    0                   Local:
Social Security Number:  XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 11880.00 |
| Overtime | | | 0.00 | 1701.00 |
| Gross Pay | | | $1,080.00 | $13,581.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -62.19 | 909.65 |
| Social Security | -60.06 | 800.67 |
| Medicare | -14.04 | 187.25 |
| Pennsylvania State Income | -29.74 | 396.45 |
| Pennsylvania State UI | -0.65 | 8.15 |
| W Whiteland T Local Income | -9.69 | 129.15 |
| West Whiteland Twp Local | -1.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 666.90 |

| Net Pay | | $791.48 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 482.00 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 791.48 |

Your federal taxable wages this period are $968.85
* Excluded from Federal taxable wages

---

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date:    09/20/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 791.48 |

**THIS IS NOT A CHECK**

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1107502 | 1 of 1 |

## Earnings Statement

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 09/01/2019
Period Ending: 09/07/2019
Pay Date: 09/13/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:   2              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number:     XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 10800.00 |
| Overtime | 40.5000 | 5.00 | 202.50 | 1701.00 |
| Gross Pay | | | $1,282.50 | $12,501.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -86.49 | 847.46 |
| Social Security | -72.63 | 740.61 |
| Medicare | -16.99 | 173.21 |
| Pennsylvania State Income | -35.96 | 366.71 |
| Pennsylvania State UI | -0.77 | 7.50 |
| W Whiteland T Local Income | -11.71 | 119.46 |
| West Whiteland Twp Local | -1.00 | 9.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 555.75 |

| Net Pay | | $945.80 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 45.00 | 442.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 945.80 |

Your federal taxable wages this period are $1,171.35
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 09/13/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 945.80 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1090895 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

# Earnings Statement

ADP

Period Starting: 08/25/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
    Federal:  2                Federal:
    State:    0                State:
    Local:    0                Local:
Social Security Number:  XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 9720.00 |
| Overtime | | | 0.00 | 1498.50 |
| Gross Pay | | | $1,080.00 | $11,218.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -62.19 | 760.97 |
| Social Security | -60.07 | 667.98 |
| Medicare | -14.05 | 156.22 |
| Pennsylvania State Income | -29.74 | 330.75 |
| Pennsylvania State UI | -0.65 | 6.73 |
| W Whiteland T Local Income | -9.69 | 107.75 |
| West Whiteland Twp Local | -1.00 | 8.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 444.60 |

| Net Pay | | $791.46 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 397.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 791.46 |

Your federal taxable wages this period are $968.85
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 09/06/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 791.46 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1071350 | 1 of 1 |

# Earnings Statement

**ADP**

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 08/18/2019
Period Ending: 08/24/2019
Pay Date: 08/30/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  2                  Federal:
  State:    0                  State:
  Local:    0                  Local:
Social Security Number:  XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 8640.00 |
| Overtime | 40.5000 | 3.00 | 121.50 | 1498.50 |
| Gross Pay | | | $1,201.50 | $10,138.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -76.77 | 698.78 |
| Social Security | -67.60 | 607.91 |
| Medicare | -15.81 | 142.17 |
| Pennsylvania State Income | -33.47 | 301.01 |
| Pennsylvania State UI | -0.72 | 6.08 |
| W Whiteland T Local Income | -10.90 | 98.06 |
| West Whiteland Twp Local | -1.00 | 7.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 333.45 |

| Net Pay | $884.08 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 43.00 | 357.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 884.08 |

Your federal taxable wages this period are $1,090.35
* Excluded from Federal taxable wages

---

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date:    08/30/2019

Deposited to the account                   account number      transit/ABA      amount
Checking DirectDeposit                     XXXXXX3010          XXXXXXXXX        884.08

**THIS IS NOT A CHECK**

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1053162 | 1 of 1 |

**Earnings Statement**

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 08/11/2019
Period Ending: 08/17/2019
Pay Date: 08/23/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 2            Federal:
  State: 0              State:
  Local: 0              Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 7560.00 |
| Overtime | 40.5000 | 6.00 | 243.00 | 1377.00 |
| Gross Pay | | | $1,323.00 | $8,937.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -91.35 | 622.01 |
| Social Security | -75.13 | 540.31 |
| Medicare | -17.57 | 126.36 |
| Pennsylvania State Income | -37.20 | 267.54 |
| Pennsylvania State UI | -0.79 | 5.36 |
| W Whiteland T Local Income | -12.12 | 87.16 |
| West Whiteland Twp Local | -1.00 | 6.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 222.30 |

| Net Pay | $976.69 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 46.00 | 314.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 976.69 |

Your federal taxable wages this period are $1,211.85
* Excluded from Federal taxable wages

---

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 08/23/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 976.69 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1037302 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

![ADP]

Period Starting: 08/04/2019
Period Ending: 08/10/2019
Pay Date: 08/16/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 2     Federal:
  State: 0     State:
  Local: 0     Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 6480.00 |
| Overtime | 40.5000 | 1.00 | 40.50 | 1134.00 |
| Gross Pay | | | $1,120.50 | $7,614.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.00 | 268.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -67.05 | 530.66 |
| Social Security | -62.58 | 465.18 |
| Medicare | -14.63 | 108.79 |
| Pennsylvania State Income | -30.99 | 230.34 |
| Pennsylvania State UI | -0.67 | 4.57 |
| W Whiteland T Local Income | -10.09 | 75.04 |
| West Whiteland Twp Local | -1.00 | 5.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *H&B Medical pre-tax 1 | -111.15 | 111.15 |

| Net Pay | $822.34 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 822.34 |

Your federal taxable wages this period are $1,009.35
* Excluded from Federal taxable wages

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 08/16/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 822.34 |

THIS IS NOT A CHECK

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 1018948 | 1 of 1 |

## Earnings Statement

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 07/28/2019
Period Ending: 08/03/2019
Pay Date: 08/09/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 5400.00 |
| Overtime | 40.5000 | 3.00 | 121.50 | 1093.50 |
| Gross Pay | | | $1,201.50 | $6,493.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -90.10 | 463.61 |
| Social Security | -74.50 | 402.60 |
| Medicare | -17.43 | 94.16 |
| Pennsylvania State Income | -36.89 | 199.35 |
| Pennsylvania State UI | -0.72 | 3.90 |
| W Whiteland T Local Income | -12.02 | 64.95 |
| West Whiteland Twp Local | -1.00 | 4.00 |
| Net Pay | $968.84 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 43.00 | 227.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 968.84 |

Your federal taxable wages this period are $1,201.50

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 08/09/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 968.84 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB7ABM 24256313 | 01/01 | 1001388 | 1 of 1 |

**Earnings Statement**

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 07/28/2019
Period Ending: 08/03/2019
Pay Date: 08/02/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
 Federal: 2   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 4320.00 |
| Overtime | 40.5000 | 11.00 | 445.50 | 972.00 |
| Gross Pay | | | $1,525.50 | $5,292.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -128.98 | 373.51 |
| Social Security | -94.58 | 328.10 |
| Medicare | -22.12 | 76.73 |
| Pennsylvania State Income | -46.83 | 162.46 |
| Pennsylvania State UI | -0.92 | 3.18 |
| W Whiteland T Local Income | -15.26 | 52.93 |
| Net Pay | $1,216.81 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 51.00 | 184.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1216.81 |

Your federal taxable wages this period are $1,525.50

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 08/02/2019

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 1216.81 |

THIS IS NOT A CHECK

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 979950 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement

ADP

Period Starting: 07/21/2019
Period Ending: 07/27/2019
Pay Date: 07/26/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 2        Federal:
  State:   0        State:
  Local:   0        Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 3240.00 |
| Overtime | 40.5000 | 5.00 | 202.50 | 526.50 |
| Gross Pay | | | $1,282.50 | $3,766.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 45.00 | 133.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -99.82 | 244.53 |
| Social Security | -79.51 | 233.52 |
| Medicare | -18.59 | 54.61 |
| Pennsylvania State Income | -39.37 | 115.63 |
| Pennsylvania State UI | -0.77 | 2.26 |
| W Whiteland T Local Income | -12.83 | 37.67 |
| West Whiteland Twp Local | -1.00 | 3.00 |
| Net Pay | $1,030.61 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1030.61 |

Your federal taxable wages this period are $1,282.50

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 07/26/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 1030.61 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 965340 | 1 of 1 |

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

## Earnings Statement



Period Starting: 07/13/2019
Period Ending: 07/19/2019
Pay Date: 07/19/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2        Federal:
  State: 0          State:
  Local: 0          Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 2160.00 |
| Overtime | 40.5000 | 8.00 | 324.00 | 324.00 |
| Gross Pay | | | $1,404.00 | $2,484.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.00 | 88.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.40 | 144.71 |
| Social Security | -87.05 | 154.01 |
| Medicare | -20.36 | 36.02 |
| Pennsylvania State Income | -43.10 | 76.26 |
| Pennsylvania State UI | -0.84 | 1.49 |
| W Whiteland T Local Income | -14.04 | 24.84 |
| Net Pay | $1,124.21 | |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1124.21 |

Your federal taxable wages this period are $1,404.00

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 07/19/2019

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 1124.21 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / ABM 24256313 | 01/01 | 947890 | 1 of 1 |

**Earnings Statement**

ADP

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Period Starting: 06/28/2019
Period Ending: 07/11/2019
Pay Date: 07/12/2019

Business Phone: 610-529-7372

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  2                    Federal:
  State:    0                    State:
  Local:    0                    Local:
Social Security Number: XXX-XX-XXXX

John Berckman
750 Ashland Ave
Eddystone, PA 19022

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 1080.00 |
| Gross Pay | | | $1,080.00 | $1,080.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -30.31 | 30.31 |
| Social Security | -66.96 | 66.96 |
| Medicare | -15.66 | 15.66 |
| Pennsylvania State Income | -33.16 | 33.16 |
| Pennsylvania State UI | -0.65 | 0.65 |
| W Whiteland T Local Income | -10.80 | 10.80 |
| West Whiteland Twp Local | -2.00 | 2.00 |
| Net Pay | $920.46 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3010 | XXXXXXXXX | 920.46 |

Your federal taxable wages this period are $1,080.00

Perfect Degree HVAC Inc
1221 King Rd
West Chester, PA 19380-1428

Pay Date: 07/12/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3010 | XXXXXXXXX | 920.46 |

John Berckman
750 Ashland Ave
Eddystone, PA 19022